**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore, ) | No. CV 05-2094-PHX-JAT |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| United Recovery Systems, L.P., ) | |
| Defendant. ) | |

      Pending before this Court is Plaintiff's motion for summary judgment, which was filed 2 days after Defendant answered. The Court has not yet held a scheduling conference. In response to the motion for summary judgment, Defendant has moved for an extension of time, pursuant to Rule 56(f), to allow discovery to be completed before the Court considers Plaintiff's dispositive motion.

      Generally the Court will not grant a motion for summary judgment before discovery can be completed. *See generally* FED.R.CIV.P. 56(f); *Thi-Hawaii, Inc. v. First Commerce Financial Corp.*, 627 F.2d 991, 994 (9th Cir. 1980). In particular, if a summary judgment motion is filed so early in the case that a party has not had any realistic opportunity to pursue discovery, any Rule 56(f) motion should be granted "fairly freely." *Burlington Northern Santa Fe R&R, Co. v. The Assiniboine and Sioux Tribes*, 323 F.3d 767, 773-74 (9th Cir. 2003) (noting that the Supreme Court has interpreted Rule 56(f) as requiring the district court to allow discovery, rather than permitting the district court to allow discovery).

1     In this case, discovery has not yet begun.  Therefore, relief pursuant to Rule 56(f) is
2 appropriate.  Accordingly,
3     **IT IS ORDERED** that Defendant's Motion for Continuance pursuant to Rule 56(f)
4 is granted as follows: Plaintiff's Motion for Summary Judgment (Doc. #6) is denied without
5 prejudice to re-file after the close of discovery (but within the dispositive motion deadline
6 to be set at the Rule 16 scheduling conference on October 24, 2005).
7     DATED this 7th day of October, 2005.

                                                      James A. Teilborg
                                                    United States District Judge