**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore,        ) | No. CV-05-2094-PHX-JAT |
| )  | |
| Plaintiff,    ) | **ORDER** |
| ) | |
| vs.            ) | |
| ) | |
| United Recovery Systems, L.P.,  ) | |
| ) | |
| Defendant.    ) | |
| ) | |

Pending before this Court is Plaintiff's Stipulated Motion to Continue(Doc. # 74). Plaintiff asks the Court to continue the Final Pretrial Conference and the Trial Date by forty-five days, and the Defendant joins in the motion. Plaintiff's counsel requests the continuance in order to pursue settlement with Defendant. The Court finds that the parties can pursue settlement negotiations while preparing for the Final Pretrial Conference and Trial.

Accordingly,

IT IS ORDERED DENYING the Stipulated Motion to Continue (Doc. #74).

DATED this 10th day of January, 2007.

James A. Teilborg
United States District Judge