**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore,<br><br>        Plaintiff,<br><br>vs.<br><br>United Recovery Systems, L.P.,<br><br>        Defendant. | No. CV-05-2094-PHX-JAT<br><br>**ORDER** |

      The parties have stipulated to the dismissal of the above-captioned matter with prejudice, each party to bear its own costs and attorneys' fees.

      Accordingly,

      IT IS ORDERED dismissing this case with prejudice.  Each party shall bear its own costs and attorneys' fees.

      DATED this 23rd day of April, 2007.

                                  James A. Teilborg<br>                               United States District Judge